In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-190 CR


____________________



TELLEY MORELAND, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause No. CR-25043






 MEMORANDUM OPINION 



 A jury found Telley Moreland guilty of sexual assault of a child and assessed
punishment at twenty years of imprisonment and a $6,875.00 fine. See Tex. Pen. Code Ann.
§ 22.011 (a)(2) (Vernon Supp. 2005). 

 Moreland's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On January 12, 2006, we granted an extension of time for Moreland to file a pro
se brief. We received no response from the appellant. 

 We reviewed the appellate record, and agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). The judgment is affirmed. (1) 

 AFFIRMED.

 ____________________________

 CHARLES KREGER

 Justice



Submitted on May 22, 2006

Opinion Delivered May 31, 2006

Do Not Publish


Before Gaultney, Kreger and Horton, JJ.
1. Appellant may challenge our decision in the case by filing a petition for discretionary
review. See Tex. R. App. P. 68.